1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 | *James Alan Bell vs. G.D. Searle LLC, et al.* (05-4450 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | *James Rogers Fanning vs. G.D. Searle LLC, et al.* (05-4453 CRB) | |
| 19 | *John J. Driscoll vs. Pfizer Inc, et al.* (05-4584 CRB) | |
| 20 | *Barbara Clem vs. G.D. Searle LLC, et al.* (05-4736 CRB) | |
| 22 | *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.* (05-5360 CRB) | |
| 23 | *Johnny Edwards vs. Pfizer Inc, et al.* (06-1914 CRB) | |
| 25 | *William Crowley vs. Pfizer Inc* (06-2668 CRB) | |
| 26 | *Connie B. Anderson vs. Pfizer Inc, et al.* (06-2784 CRB) | |
| 28 | *Tracy Baral vs. Pfizer Inc, et al.* (06-2912 CRB) | |

-1-

*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1. *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)

2. 

3. *Randy Gunter, et al. vs. Pfizer Inc, et al.*
   (06-7524 CRB)

4. *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)

5. 

6. *Christene Canada vs. Pfizer Inc, et al.*
   (06-7771 CRB)

7. *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)

8. 

9. *Dannie Graham vs. Pfizer Inc, et al.*
   (06-7774 CRB)

10. *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
    (06-7775 CRB)

11. 

12. *Michael Fisher vs. Pfizer Inc, et al.*
    (07-0761 CRB)

13. *George S. Chiotakis vs. Pfizer Inc, et al.*
    (07-0860 CRB)

14. 

15. *Ricky Estep vs. Pfizer Inc, et al.*
    (07-0971 CRB)

16. *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
    (07-1124 CRB)

17. 

18. *Shirley Darling, et al. vs. Pfizer Inc, et al.*
    (07-1356 CRB)

19. *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
    (07-1371 CRB)

20. 

21. *Richard L. Bowden vs. Pfizer Inc, et al.*
    (07-1375 CRB)

22. *Betty Grulke vs. Pfizer Inc, et al.*
    (07-1768 CRB)

23. 

24. *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
    (07-1874 CRB)

25. *Phyllis Buonopane vs. Pfizer Inc, et al.*
    (07-2026 CRB)

26. 

27. *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
    (07-3034 CRB)

28. *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  (07-3643 CRB)

2  *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
   (07-3646 CRB)
3
   *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
4  (07-3955 CRB)

5  *Helen Alexander, et al. vs. Pfizer Inc, et al.*
   (07-4382 CRB)
6
   *James Dauphinais, et al. vs. Pfizer Inc, et al.*
7  (07-4983 CRB)

8  *James Darty vs. G.D. Searle LLC, et al.*
   (07-5399 CRB)
9
   *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
10 (07-5590 CRB)

11 *Morris Adams, et al. vs. Pfizer Inc, et al.*
   (07-5591 CRB)
12
   *Peter Fos vs. Pfizer Inc, et al.*
13 (07-5685 CRB)

14 *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
   (07-5703 CRB)
15
   *Vivian Cobb vs. Pfizer Inc, et al.*
16 (08-0257 CRB)

17 *Roberta Bowman vs. Pfizer Inc, et al.*
   (08-0303 CRB)
18
   *Harriet Bratcher vs. Pfizer Inc, et al.*
19 (08-0795 CRB)

20 *Olive Beebe, et al. vs. Pfizer Inc, et al.*
   (08-0977 CRB)
21
   *Ramond Beaver vs. Pfizer Inc, et al.*
22 (08-1015 CRB)

23 *Robert Colman vs. Pfizer Inc, et al.*
   (08-1016 CRB)
24
   *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
25 (08-1224 CRB)

26 *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
   (08-1351 CRB)
27
   *Tim Gray vs. Pfizer Inc, et al.*
28 (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  *Owen L. May, et al. vs. Pfizer Inc, et al.*
2  (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
   *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5  (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
   *Velma Burt vs. Pfizer Inc, et al.*
8  (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
   *Lawanda Bell vs. Pfizer Inc, et al.*
11 (08-3708 CRB)

12     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/29/2009   By: /s/ Navan Ward

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

-5-

DATED: Oct. 29, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-